

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE

PRESORTED FIRST CLASS

PITNEY BOWES

02 1M         $ 00.26⁵
0004279596    JAN 22 2015
MAILED FROM ZIP CODE 78701

1/21/2015
GIAMALVA, CARY EVAN     Tr. Ct. No. 939030-H     WR-24,809-09
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN TO SENDER

Released or No Longer At This Facility

CARY EVAN GIAMALVA
~~EAST TEXAS UNIT~~ - TDC # 1202929
900 ~~INDUSTRIAL DRIVE~~

U TF